IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MRS. SHARON BELL, Executor of the Estate of MR. RICHARD W. BELL, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>THE ABB GROUP, INC., Individually and as Successor-in-Interest to BAILEY METER COMPANY, et al.,<br><br>Defendants. | No. 3:13-CV-01338-SMY-SCW |

**GENERAL ELECTRIC COMPANY'S**
**MOTION FOR EXTENSION OF TIME TO FILE DAUBERT**
**AND FEDERAL RULES OF EVIDENCE 702 AND 703 MOTIONS**

Defendant General Electric Company ("GE") moves this Court for an additional seven (7) days to file its motions under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) and Fed. R. Evid. 702 and 703 and states as follows:

1.  Counsel for Defendant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented.

2.  General Electric's counsel has been diligent in preparing these motions, as well as its motion for summary judgment, which has been timely file, but additional time is needed to complete the analysis of the issues which may be raised under *Daubert* in this matter, and to complete appropriate *Daubert*-related motions.

3.  The trial in this matter is currently scheduled for July 6, 2015. This extension of time will not delay the trial in this matter nor impact any other deadlines in this case.

4.  That this motion is not made for the purpose of delay and will not prejudice any party to this action.

5.  That the undersigned has attempted to reach Plaintiff's counsel by email, cell

phone and office phone numbers available concerning this this motion, but has been unsuccessful in those attempts to communicate with Plaintiff's counsel.

6. There have been no previous motions for extension of time sought in this matter by General Electric.

WHEREFORE, Defendant General Electric Company requests that this Court enter an order granting it seven (7) additional days to file its motions under *Daubert* and Rule 702 and 703 and for such and further relief as this Court may deem just and proper.

ARMSTRONG TEASDALE LLP

BY: */s/ Julie Fix Meyer*
Raymond R. Fournie #3126094
Anita M. Kidd #6229585
Melanie R. King #6192411
Julie Fix Meyer #6189064
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
rfournie@armstrongteasdale.com
akidd@armstrongteasdale.com
mking@armstrongteasdale.com
jfixmeyer@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
GENERAL ELECTRIC COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of March, 2015, this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Julie Fix Meyer*