IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MRS. SHARON BELL, Executor of the Estate of RICHARD W. BELL, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:13-cv-01338-SMY-SCW |
| VELAN VALVE CORP., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

### OWENS-ILLINOIS, INC.'S MOTION FOR LEAVE TO JOIN CO-DEFENDANTS' MOTIONS IN LIMINE

Defendant Owens-Illinois, Inc. ("Owens-Illinois") requests that this Court grant leave to join and adopt the arguments in Crane Co. and Velan Valve Corp.'s Motion to Limit Trial Testimony of Plaintiff's Proffered Expert Jerome Spear Pursuant to Fed. R. Evid. 104(a) and 702 (ECF No. 241), Crane Co.'s Motion to Limit Trial Testimony of Plaintiff's Proffered Expert Dr. Matthew Vuskovich Pursuant to Fed. R. Evid. 104(a) and 702 (ECF No. 244), General Electric Company's Motion in Limine to Exclude the Testimony of Matthew A. Vuskovich, M.D., M.S.P.H. (ECF No. 255), and General Electric Company's Motion in Limine to Exclude the Testimony of Jerome E. Spear (ECF No. 256) because these arguments apply equally to Owens-Illinois.

For these reasons, Owens-Illinois requests that the Court grant Owens-Illinois, Inc.'s Motion for Leave to Join Co-Defendants' Motions in Limine (ECF Nos. 241, 244, 255, and 256) and grant the same relief as to Owens-Illinois and any further relief that this Court deems appropriate.

- 2 -

Dated:  March 19, 2015   Respectfully submitted,

By: /s/Brian O. Watson
Edward Casmere
Brian O. Watson
SCHIFF HARDIN LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (*facsimile*)
*Attorneys for Defendant*
*Owens-Illinois, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that before 5:00 p.m. on March 19, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

12997-9336
CH2\16325223.1